IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ESTECH SYSTEMS, INC.,<br><br>    Plaintiff,<br>v.<br><br>HWC WIRE & CABLE COMPANY d/b/a<br>HOUSTON WIRE & CABLE COMPANY,<br><br>    Defendant. | Civil Action No. 6:20-cv-00776-ADA |

## CASE READINESS STATUS REPORT

Plaintiff Estech Systems, Inc. ("Plaintiff") and Defendant HWC Wire & Cable Company d/b/a Houston Wire & Cable Company ("Defendant") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on August 25, 2020. Plaintiff filed a First Amended Complaint on November 4, 2020.

## RESPONSE TO THE COMPLAINT

Defendant filed a Motion to Dismiss Under Fed. R. Civ. P 12(b)(6) or in the Alternative, Rule 12(e) Motion to Provide More Definite Statement on October 14, 2020. This motion was mooted by the filing of the First Amended Complaint. Defendant's Response is due November 18, 2020.

## PENDING MOTIONS

None.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The related cases in this judicial district are the following:

1. *Estech Systems, Inc. v. Energy Transfer LP*, Civil Action No. 6:20-cv-00773-ADA;

2. *Estech Systems, Inc. v. Gensler Architecture, Design & Planning, P.C. d/b/a Gensler and M. Arthur Gensler Jr. & Associates, Inc.*, Civil Action No. 6:20-cv-00774-ADA;

3. *Estech Systems, Inc. v. Howard Midstream Energy Partners d/b/a Howard Energy Partners*, Civil Action No. 6:20-cv-00777;

4. *Estech Systems, Inc. v. Private Jets, Inc.*, Civil Action No. 6:20-cv-00320-ADA;

5. *Estech Systems, Inc. v. Regions Financial Corporation*, Civil Action No. 6:20-cv-00322-ADA; and

6. *Estech Systems, Inc. v. SWBC Mortgage Corporation and Southwest Business Corporation*, Civil Action No. 6:20-cv-00778-ADA.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has not yet served Preliminary Infringement Contentions. Plaintiff has asserted four patents and intends to assert approximately 32 claims.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not believe that the appointment of a Technical Adviser is necessary for this case.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet and confer conference on November 10, 2020 and have no pre-Markman issues to raise at the CMC. The parties have reviewed Judge Albright's

Standing Order Governing Proceedings in Patent Cases and will discuss any limitations concerning discovery and claim construction matters at a later date.

Dated: November 10, 2020

Respectfully submitted,

By: */s/ Chad Ennis*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Jonathan L. Hardt
Texas State Bar No. 24039906
Chad Ennis
Texas State Bar No. 24045834
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
jhardt@wsltrial.com
cennis@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Estech Systems, Inc.*

By: */s/ Patrick McGettigan*
Patrick McGettigan
Knolle, Holcomb, Callahan & Taylor, P.C.
13625 Ronald Reagan Blvd.,
Building One, Suite 100
Cedar Park, Texas 78613
Ph: (512) 476-1121
pjm@khctlaw.com

OF COUNSEL:
Sailesh K. Patel
Helen H. Ji
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Ph: 312.258.5500
spatel@schiffhardin.com
hji@schiffhardin.com
*Attorneys for Defendant HWC Wire & Cable Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on November 10, 2020.

*/s/ Chad Ennis*